UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

_____

| | | |
|---|---|---|
| GLOCK, INC., | : | |
| | : | |
| Plaintiff, | : | Court No. 23-00046 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

_____

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER

The United States, Defendant, respectfully submits this response to Plaintiff, Glock, Inc.'s (Glock), motion for entry of a protective order. On June 14, 2024, we advised the Court that we were examining the broader trajectory of this action. To that end, on June 20th, we provided a proposal to plaintiff's counsel, outlining the means for concluding this case without the need for further litigation. We anticipate a response from plaintiff will be forthcoming.

Separate from the discussions between counsel regarding the resolution of this case, we understand that the Court is seeking an expedited response to plaintiff's motion for entry of a protective order. We do not oppose plaintiff's proposed protective order at this time.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Marcella Powell  
MARCELLA POWELL  
Senior Trial Counsel  
Department of Justice, Civil Division  
Commercial Litigation Branch  
26 Federal Plaza – Suite 346  
New York, New York 10278  
Attorneys for Defendant  
(212) 264-1873

DATED: June 20, 2024