UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE HON. JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| GLOCK, INC.,                                                             Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>                                                             Defendant. | Court No. 23-00046 |

**DEFENDANT'S RESPONSE TO COURT'S ORDER**

As this Court is aware, on February 11, 2025, plaintiff's counsel filed a consent motion to stay this matter so that the parties could attempt to resolve this action without the need for further litigation. ECF No. 45. The Court entered that order on February 12, 2025. ECF No. 46. The stay in this matter has been extended several times and concludes today. Pursuant to the Court's Order entered on January 30, 2026, defendant submits this status report. Plaintiff indicated its intent to file its own status report.

The issue in this case is the valuation of a single entry of merchandise made in 2021 in which plaintiff is challenging U.S. Customs and Border Protection's (CBP) valuation determination, and in particular the dutiability of certain royalty payments. In addition to the single entry at issue, there are a significant number of other entries made by plaintiff, which remain before the agency. It has consistently been the Government's position that a value determination of the single entry at issue in this case would not resolve the value determination with respect to the additional entries because those entries are subject to a different licensing agreement than the entry at issue. Accordingly, the facts at issue in the single entry at issue in this litigation differ materially from the facts relevant to all of plaintiff's other entries. Despite this, plaintiff is intent on

1

continuing the instant litigation. As the Court is aware, the Government has previously attempted to confess judgment in this litigation for this precise reason, and because of the nominal dollar value at issue in this case. ECF No. 21.

To efficiently address plaintiff's concerns regarding the bulk of its entries, plaintiff and CBP have engaged in certain administrative proceedings related to those entries, even though they are not directly at issue in this litigation. The Government agreed to this procedure in order to expedite CBP's review, and if necessary, the Court's review of any challenges to CBP's valuation methodology based on different entries and a different licensing agreement, which should take place in a newly filed action. The Government had, therefore, hoped that resolution of the administrative proceedings – which have progressed expeditiously and with priority treatment – would facilitate dismissal of this action without further litigation.

The administrative proceedings are nearly concluded, and they have not facilitated a resolution of this case. Furthermore, CBP is unable to issue the new administrative determination while this case continues. *See* 19 C.F.R. § 177.7(b). The Government, therefore, does not see a path where further proceedings, or a further stay of this litigation, would be fruitful.

Now that litigation has resumed, the Government intends to respond to Glock's motion requesting mediation, which would only further delay a resolution of this matter, and intends to make a submission to the Court seeking final judgment. Therefore, we respectfully have not proposed dates and procedures for trial, but instead propose moving for entry of judgment by March 6, 2026.

      Should the Court find it helpful, we welcome the opportunity to speak with the Court to provide further information.

                                          Respectfully Submitted

                                          BRETT A. SHUMATE
                                          Assistant Attorney General
                                          Civil Division

                                          PATRICIA M. McCARTHY
                                          Director

                                          JUSTIN R. MILLER
                                          Attorney-In-Charge
                                          International Trade Field Office

                           By:      /s/ Marcella Powell
                                          MARCELLA POWELL
                                          Senior Trial Counsel
                                          Civil Division
                                          Commercial Litigation Branch
                                          Department of Justice
                                          26 Federal Plaza- Suite 346
                                          New York, New York 10278
                                          Tel. (212) 264-9230
                                          *Attorneys for Defendant*

Dated:  February 27, 2026