UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GLOCK, INC., <br><br>  Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>  Defendant. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 23-00046 |

### ORDER OF REFERRAL TO MEDIATION

Upon consideration of Plaintiff's Motion for Referral to Court-Annexed Mediation, ECF No. 59, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Plaintiff's Motion for Referral to Court-Annexed Mediation, ECF No. 59, is granted; and it is further

**ORDERED** that pursuant to USCIT Rule 16.1, this case is referred to mediation.  Judge Laroski has agreed to serve as the Judge Mediator and will facilitate all sessions of mediation.  This referral to mediation shall expire on June 4, 2026, unless Judge Laroski recommends an extension.  This case shall be stayed until 14 days following the expiration of this referral or until the mediation process is concluded, whichever first occurs; and it is further

**ORDERED** that unless a settlement is reached within the mediation period and a Stipulation of Dismissal or Stipulated Judgment is filed, which disposes of the case with respect to all Parties and claims, the stay shall be lifted, and the case shall be returned to the active calendar, where the Parties shall schedule a status conference with the Court within 14 days of the end of the mediation proceedings and shall file a joint proposed scheduling order within 21 days of the end of the mediation proceedings.

      /s/ Jennifer Choe-Groves
      Jennifer Choe-Groves, Judge

Dated:   March 6, 2026
        New York, New York