**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: HON. JENNIFER CHO-GROVES, JUDGE

| | |
|---|---|
| GLOCK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 23-00046 |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL**

PLEAES TAKE NOTICE that John F. Renzulli hereby withdraws as attorney of record for the plaintiff, GLOCK, Inc., in the above-captioned case. His appearance may be withdrawn or terminated from the docket of this case. Peter V. Malfa of Renzulli Law Firm, LLP and Gilbert Lee Sandler of Sandler, Travis & Rosenberg, P.A. remain attorneys of record for the plaintiff.

Dated: May 12, 2026
      White Plains, New York

                                      Respectfully submitted,

                                      **RENZULLI LAW FIRM, LLP**
                                      One North Broadway, Suite 1005
                                      White Plains, New York 10601
                                      Telephone: (914) 285-0700

                                    By: /s/ John F. Renzulli
                                          JOHN F. RENZULLI

1