**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **GLOCK, INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **Before: Jennifer Choe-Groves, Judge**<br>**Court No. 23-00046** |

**ORDER**

Upon consideration of the Report of Mediation, ECF No. 71, and all other papers and proceedings in this action, it is hereby

**ORDERED** that the stay of these proceedings shall be lifted; and it is further

**ORDERED** that the Parties shall file a joint proposed scheduling order on or before August 18, 2026.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: August 14, 2026
New York, New York